# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3199

_____

NICOLE PLOURD,

Appellant,

v.

HAROLD PLOURD,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Darlene F. Dickey, Judge.

February 3, 2025

PER CURIAM.

DISMISSED.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicole Plourd, pro se, Appellant.

Harold Plourd, pro se, Appellee.